**4-23CV-1197-Y**

RASHEED AKEEM BURLEY, PETITIONER-APPLICANT,

V.

BILL WAYBOURN, SHERIFF
STATE OF TEXAS,

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF TEXAS

CASE NO(s).: 1794153
1799029(1)
1799029(2)
1767972
1767973
1767657
1767658
2300076812

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 28 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## EMERGENCY WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RASHEED AKEEM BURLEY, PRO PER, DEFENDANT IN THE ABOVE-ENTITLED AND NUMBERED CAUSE, AND MOVES THIS HONORABLE COURT, PURSUANT TO UNITED STATES CONSTITUTION AMEND. 1, 5, 6, 8, AND 14, TEXAS CONSTITUTION ART 1 § 3, 3(a), 8, 10, 11, AND 13; EQUAL PROTECTION CLAUSE, AND DUE PROCESS CLAUSE; TEX. CONST. ART 1 § 12, TO GRANT THIS EMERGENCY WRIT OF HABEAS CORPUS FOR THE PURPOSE OF OBTAINING DISCHARGE FROM CUSTODY. IN SUPPORT OF THIS PETITION, THE APPLICANT SWEARS TO THE COURT AS FOLLOWS:

### I.

THE APPLICANT IS ILLEGALLY RESTRAINED AND CONFINED AT THE BELKNAP (TARRANT) COUNTY JAIL OF TARRANT COUNTY, TEXAS BY THE RESPONDENT, SHERIFF BILL WAYBOURN OF TARRANT COUNTY, TEXAS.

### II

1) THE APPLICANT WAS ARRESTED AND IS CHARGED WITH THE CHARGE OF ① ROBBERY #1794153, ② VIOLATION OF

-1-

Protective Order (Emergency) #1799029(1) and (2), ③ Assult Family Vio. #1767972, ④ Unauthorized Use of Motor Veh. #1767973, ⑤ Man. Del. Con. Sub. #1767657, ⑥ Crim. Trespass #1767658, ⑦ Cont. Fam. Vio. #230076812 by Complaint (#'s 1, 2(x2), and 7) and Indictment (# 3,4,5, and 6) pending in the Criminal District Court No. 2 of Tarrant County, Texas, a copy of said instrument is not attached hereto because Applicant was unable to secure such. Applicant was arrested on Oct. 11, 2023 for #2(x2) which violated his bond and had bail subsequently revoked/forfeited.

## III.

Upon the setting of bond in this case in the amount of $165,000 (Case #2 was $10,000(x2) on Oct. 11, 2023 and $25,000 on #7 on ~~EE~~(RB) Nov. 6, 2023) the presiding Magistrate Betty Arvin told Applicant that he was allowed to "Proceed Pro Se".

Applicant also previously file a Pro Se/Pro Per motion for a Faretta Hearing/Self-Representation on Oct. 9, 202

## IV.
## Statement Of Fact.

On Oct. 15, 2023 the Applicant was brought to confinement at Lon Evans pending disciplinary proceedings.

-2-

During said confinement the Applicant has made several request and grievances to be given an oppertunity to attend the law library or given a tablet to do legal research and prepare a defense, such as an examining trial and subpoenas for testimony/evidence.

I was told by officer's, corps., sgt.s, and LT's that due to my housing status I'm not allowed to attend the law library or use a tablet.

On Oct. 26, 2023 I was found not guilty of all charges and was transfered to Belknap County Jail on Oct. 30, 2023.

During confinement at Belknap I have still been denied the right to attend the law library or use the tablet to research legal material and prepare a defense in my behalf, due to my behavior/housing status. (Note: I was found not guilty of disciplinary actions.

V.

Belknap/Lon Evans/Green Bay or Tarrant County Jail as a whole has adopted a policy and/or procedure which is offensive to my constitutional rights to access the courts, redress grievances, right to be heard by myself, right to have compulsory process to obtain

-3-

WITNESSES IN MY FAVOR, EQUAL PROTECTION OF THE LAWS AND A VIOLATION OF DUE PROCESS OF LAW.

THE APPLICANT WILL SURELY RECIEVE, AND HAVE RECIVED, CONSTITUTIONAL HARM WHICH IS IRREPAIRABLE.

## VI.

THE RESPONDENT'S, BILL WAYBOURN AND THE STATE OF TEXAS, HAVE BEEN EMPLOYING/USING CRUEL AND UNUSUAL PUNISHMENT UPON THE APPLICANT. IN VIOLATION OF THE 8TH AMENDMENT OF THE UNITED STATES CONSTITUTION AND TEXAS CONSTITUTION ART 1 § 13.

### ARGUEMENT

THE APPLICANT'S CONSTITUTIONAL RIGHTS ARE BEING USED AS A FORM OF PUNISHMENT.

### RELIEF SOUGHT

WHEREFORE, PRIMISES CONSIDERED, APPLICANT RESPECTFULLY REQUESTS THAT THE COURT ISSUE THE WRIT OF HABEAS CORPUS AND CONDUCT A HEARING THEREON AND TO THE END THAT RESPONDENTS BE ORDERED TO RELEASE (RB) THE APPLICANT AND HE BE DISCHARGED FROM ILLEGAL CONFINEMENT AND RESTRAINT ON HIS OWN RECOGNIZANCE AND $250,000 FOR DAMAGES.

*R.B.*
U.C.C.T-207 U.C.C.T-308
RASHEED BURLEY #100441129

## UNSWORN OATH

MY NAME IS RASHEED AKEEM BURLEY, DATE OF BIRTH IS DECEMBER 20, 1989. I AM CURRENTLY INCARCERATED AT THE TARRANT COUNTY JAIL AT 100 N. LAMAR ST., FT. WORTH TX. 76196, C.I.D. #1004429. I AM LEGALLY AUTHORIZED TO MAKE THIS HEREIN STATEMENT AND MOTION AND I SWEAR UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT. I HAVE PERSONAL KNOWLEDGE OF STATED FACTS THEREIN.

x /s/ R.A.B.

U.C.C. 1-308 UCC 1-207 ALL RIGHTS RESERVED W/O PREJUDICE W/PROTEST

RASHEED BURLEY #1004429
PRO PER
100 N. LAMAR ST.
FT. WORTH, TX. 76196

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY HAS BEEN PLACED IN THE HANDS OF JAIL OFFICIALS FOR MAILING TO THE UNITED STATES DIST. COURT FOR THE N. DIST. OF TEXAS AT 501 W. 10TH ST., FT. WORTH, TX. 76102 AND BILL WAYBOURN AT 200 TAYLOR ST., FT. WORTH, TX 76196 BY U.S.P.S. ON THIS 19TH DAY OF NOV. 2023.

/s/ R.A.B.



Rashedd Akeem Burli #1004429
100 North Lamar Street
Fort Worth, Tx. 76196

NORTH TEXAS TX P&DC
DALLAS TX 750
21 NOV 2023 PM 5 L

NOV 28 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX

United States District Court
Northern District of Texas
501 West 10th Street
Fort Worth, Tx. 76102

76102-963799

LEGAL MAIL 11/19/23 RB

LEGAL MAIL

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131