IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RASHEED AKEEM BURLEY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:23-CV-1197-Y |
| | § | |
| BILL WAYBOURN, Sheriff, | § | |
| Tarrant County, Texas, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

Petitioner Rasheed Akeem Burley, acting *pro se*, filed a handwritten petition for writ of habeas corpus under 28 U.S.C. § 2241.(Doc. 1.) By order entered on December 6, 2023, petitioner Burley was directed to either pay the applicable $5.00 filing fee or complete and file an in-forma-pauperis application, and file a form § 2241 petition for writ of habeas corpus.(Doc. 4.) That order directed Burley to comply within thirty (30) days. The order also specifically admonished Burley that his failure to timely comply could result in the dismissal of the habeas corpus petition under Federal Rule of Civil Procedure 41(b) without further notice. As of the date of this Order, however, Burley has not filed the requisite documents or otherwise filed any other document.

The deficiency order also noted that to the extent Burley also sought monetary damages, such claims were dismissed without prejudice to him seeking such relief through the filing of a civil-rights complaint form. (Doc. 4.)

Rule 41(b) of the Federal Rules of Civil Procedure permits a

court to dismiss an action *sua sponte* for failure to prosecute or follow orders of the court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (§ 1983 prisoner action). This authority flows from a court's inherent power to control its docket, prevent undue delays in the disposition of pending cases, and avoid congested court calendars. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962). Because petitioner Burley has failed to timely comply with the Court's Order in spite of the warning of possible dismissal, it appears that he no longer desires to pursue his claims for habeas corpus relief in this cause.

Therefore, the petition for relief under 28 U.S.C. § 2241 is **DISMISSED** without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED January 19, 2024.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE