IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RASHEED AKEEM BURLEY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:23-CV-1197-Y |
| | § | |
| BILL WAYBOURN, Sheriff, | § | |
| Tarrant County, Texas, | § | |
| | § | |
| Respondent. | § | |

## **FINAL JUDGMENT**

In accordance with the order issued this same day, the order issued on December 6, 2023, and Federal Rule of Civil Procedure 58, the petition for relief under 28 U.S.C. § 2241 is **DISMISSED** without prejudice for want of prosecution under Federal Rule of Civil Procedure 41(b); and any claim for monetary damages is **DISMISSED** without prejudice to Petitioner's seeking such relief by filing a civil-rights complaint form.

SIGNED January 19, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE